IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN  DIVISION

PHILLIP ANDREW BEDWELL, II,       )
                                  )
        Plaintiff,                )
                                  )
    v.                            )        3:06-CV-0448-WKW
                                  )              [WO]
                                  )
SHERIFF JAY JONES, et al.,        )
                                  )
        Defendants.               )

**O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed

herein on July 28, 2006 (Doc. # 17), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED as

moot.

An appropriate judgment will be entered.

Done this the 22nd day of August, 2006.


        _____/s/   W.  Keith Watkins_____
        UNITED STATES DISTRICT JUDGE