IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHILLIP ANDREW BEDWELL, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:06-CV-0448-WKW |
| ) | [WO] |
| ) | |
| SHERIFF JAY JONES, et al., ) | |
| ) | |
| Defendants. ) | |

# FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this case be and is hereby DISMISSED as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 22nd day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE